NO. 7709.                    STATE OF LOUISIANA.

GALENNIE COMPANY, LTD.

VS                    COURT OF APPEAL

HENRY H. MALONEY, TUTOR &C.    PARISH OF ORLEANS.

--------------------

# O P I N I O N.

St. Paul, Judge.

Some six years ago defendant received formal notice to connect certain premises with the public sewerage system within a brief delay, under the pain of fine and imprisonment for failure. As charged in the petition (paragraph 6) and admitted in the answer, the premises actually belonged to defendant's minor children.

Plaintiff, at defendant's request, did the work and agreed to accept payment in monthly instalments. For convenience notes were taken, signed by defendant individually; but the uncontradicted evidence is that there was no intention to accept defendant's personal obligation in extinguishment of the claim against the owners of the property. And to this day nothing has been paid either upon the notes or otherwise.

Under the circumstances it is well settled that plaintiff may recover against these minors; for the giving of his personal note by a tutor for a debt of the minor does not novate the debt, but only adds his personal obligation to that of the minor. Smith vs Brown, 12 An 299; Leonard vs Hudson, 12 An 840; Ford vs Miller, 18 An 570. There is no question here of borrowing money for the minors, or exceeding their revenues.

Of course the same debt cannot be recovered twice· but in this case there is no possibility of such happening. For when this suit was filed the notes were overdue and still in the hands of the original holder· at this writing they are even prescribed. Had the notes been disposed of the case might be different. Woolfolk vs Degelos, 24 An 199.

The judgment appealed from is therefore affirmed.

New Orleans, La, April 5th, 1920